**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**TATJANA VESIOLKO**                               **CASE NO.  3:25-CV-02137 SEC P**

**VERSUS**                                                      **JUDGE JAMES D. CAIN, JR.**

**BRIAN ACUNA ET AL**                          **MAGISTRATE JUDGE HORNSBY**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED** in chambers this 2nd day of July, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**